## UNITED STATES BANKRUPTCY COURT

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404–215–1000

| | | |
|---|---|---|
| In Re: | **Deaveonne Mikal Hardnett** | Case No.: **23–58725–wlh**<br>Chapter: **13**<br>Judge: **Wendy L. Hagenau** |
| | Debtor(s) | |

### ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Amazon

It appearing that this case was DISMISSED on 1/30/24,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above–referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 2/15/24

_____
Wendy L. Hagenau
UNITED STATES BANKRUPTCY JUDGE

Dated: February 15, 2024

Form termedo –08/2019