**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | | |
|---|---|---|
| In Re: | **Deaveonne Mikal Hardnett** | Case No.: **23−58725−wlh**<br>Chapter: **13**<br>Judge: **Wendy L. Hagenau** |
| | Debtor(s) | |

## ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Amazon

It appearing that this case was DISMISSED on 1/30/24,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 2/15/24

*Wendy L. Hagenau*

Wendy L. Hagenau
UNITED STATES BANKRUPTCY JUDGE

Dated: February 15, 2024

Form termedo −08/2019

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 23-58725-wlh |
| Deaveonne Mikal Hardnett | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Feb 15, 2024 | Form ID: termedo | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Deaveonne Mikal Hardnett, 902 Summerview Drive, Stone Mountain, GA 30083-5891 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: bankruptcynotices@amazon.com | Feb 15 2024 20:34:00 | Amazon, Attn: Payroll Office Department, 410 Terry Ave. North, Seattle, WA 98109-5210 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2024                                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Deaveonne Mikal Hardnett cwatlantabk@gmail.com |
| Julie M. Anania | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com |
| Maria C. Joyner | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com  ECF@njwtrustee.com |
| Nancy J. Whaley | |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: termedo | Total Noticed: 2 |

| | | |
|---|---|---|
| Nancy J. Whaley | ecf@njwtrustee.com | |
| | on behalf of Trustee Nancy J. Whaley ecf@njwtrustee.com | |

TOTAL: 5